

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00666-CR

Jerry **FARRISH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7407
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The State's Motion to Extend Time to File State's Brief is hereby GRANTED. Time is extended to December 10, 2019

It is so **ORDERED** on December 6, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court